No. 92–6488.  CASTRO *v.* NEW YORK CITY BOARD OF EDUCATION ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 92–6489.  MORGAN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 92–6492.  MACGUIRE *v.* HENRY ET AL.  C. A. 4th Cir. Certiorari denied.

No. 92–6494.  CARNEY *v.* DEPARTMENT OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 92–6495.  AMMONS *v.* ALTERGOTT, NURSE, GREEN BAY CORRECTIONAL INSTITUTION.  C. A. 7th Cir.  Certiorari denied.

No. 92–6497.  TURNER *v.* SUMNER, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY.  Sup. Ct. Haw.  Certiorari denied.

No. 92–6502.  HENDERSON *v.* DUCKWORTH, SUPERINTENDENT, INDIANA STATE REFORMATORY.  C. A. 7th Cir.  Certiorari denied.

No. 92–6503.  LEWIS *v.* COURT OF APPEALS OF TEXAS, TWELFTH DISTRICT.  Ct. Crim. App. Tex.  Certiorari denied.

No. 92–6504.  RYAN *v.* SARGENT, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 92–6505.  MARTIN *v.* JONES, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–6507.  REECE *v.* LOVE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 92–6508.  WHITE *v.* MORRIS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 92–6513.  ALLEN *v.* MADIGAN, SECRETARY OF AGRICULTURE, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 92–6514.  JENSEN *v.* RAYL ET AL.  C. A. 8th Cir.  Certiorari denied.